UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JOHNNY COLEY &
TRACY HUDSON,

          Defendants.

Case No. 21-mj-30521

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

---

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANTS

---

The United States of America requests the court to unseal the complaint,

warrant of arrest, and all attendant papers for the following reasons:

1. That one or more of the defendants have been arrested on the complaint by

    law enforcement officers.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

Dated: November 17, 2021

*s/JULES M. DePORRE*
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Jules.DePorre@usdoj.gov
810-766-5177
P73999

**IT IS SO ORDERED.**

Entered:  November 17, 2021

Hon. Curtis Ivy, Jr.
United States Magistrate Judge